# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| VICTORIA L. TYLER, | Case No. 3:24-cv-00188 |
| Plaintiff, | Judge Thomas M. Rose |
| v. | Magistrate Judge Peter B. Silvain, Jr. |
| SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, | |
| Defendant. | |

## ORDER

This matter is before the Court on Defendant's Unopposed Motion to Stay Proceedings for 45 Days Pending Lapse in Appropriations (Doc. #13).  Pursuant to this Court's inherent authority to stay proceedings, *Landis v. N. Am. Co.*, 299 U.S. 248, 254, 57 S. Ct. 163, 166 (1936), the Motion is **GRANTED**.  This matter is hereby **STAYED** for 45 days.  If the lapse in appropriations extends beyond the 45-day stay, then Defendant may file a motion with the Court to extend the stay.  If the lapse in appropriations ends before the 45-day stay expires, then Defendant shall file a notice with the Court, and take steps to submit a new proposed calendar, within seven (7) days of the reopening of DHS

**IT IS SO ORDERED.**

Date: March 9, 2026

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge