**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| VICTORIA L. TYLER, | Case No. 3:24-cv-188 |
| Plaintiff, | |
| v. | Judge Thomas M. Rose |
| | Magistrate Judge Peter B. Silvain, Jr. |
| SECRETARY, | |
| U.S. DEPARTMENT OF | |
| HOMELAND SECURITY, | |
| Defendant. | |

**STAY ORDER**

This matter is before the Court upon Defendant's Unopposed Motion to Extend Stay of Proceedings for Additional 45 Days Pending Lapse in Appropriations. (Doc. #15). Pursuant to this Court's inherent authority to stay proceedings, *Landis v. N. Am. Co.*, 299 U.S. 248, 254, 57 S. Ct. 163, 166 (1936), the Motion (Doc. #15) is **GRANTED**. This matter is hereby **STAYED** for an additional 45 days. If the lapse in appropriations continues beyond the 45-day stay (as extended), then Defendant may file a motion with the Court to extend the stay. If the lapse in appropriations ends before the 45-day stay expires, then Defendant shall file a notice with the Court, and take steps to submit a new proposed calendar, within seven (7) days of the reopening of the U.S. Department of Homeland Security.

**IT IS SO ORDERED.**

April 24, 2026

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge